**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Johnny Lee HANSLEY, a.k.a. Johnnie Lee Hansely, Defendant–Appellant.**

**No. 08–15858
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 20, 2009.

Charles Lee Truncale, Law Office of Charles Lee Truncale, Jacksonville, FL, for Defendant–Appellant.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

Before TJOFLAT, DUBINA and KRAVITCH, Circuit Judges.

PER CURIAM:

Charles Truncale, appointed counsel for Johnny Lee Hansley in this appeal from the district court's denial of Hansley's motion to reduce his sentence under 18 U.S.C. § 3582(c)(2), has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of relief under § 3582(c)(2) is **AFFIRMED.**